# UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF IDAHO

| In Re: | Case No. 01-40488 |
|---|---|
| KRUPSKE, MICHAEL GLENN & dba | Chapter 07 Asset Case |
| MARUJI-KRUPSKE, PAULA KIYOKO | Judge Judge Jim D. Pappas |
| dba: C & K Construction, Inc. | Trustee L.D. FITZGERALD |
| Debtor(s) | |

## INTERIM REPORT OF TRUSTEE

1. Report number 123 for the period ending 04/17/02.

2. Date of section 341A meeting: 05/04/01
   Date appointment accepted:    03/29/01

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 1,478.67 | Checking | 0.00 |
   | Total disbursements | 0.00 | Money Market | 1,478.67 |
   | | | Investment | 0.00 |
   | | | **Total** | **$1,478.67** |

   The amount of the Trustee's bond is: Blanket Bond $0.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated: $56,345.00
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:  **(None)**

5. Projected total value to be realized (total of 3 + 4): $57,823.67

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity: 03-13-02; Ltr. from Spinner to Rayborn requesting another better address of Brent and Mindy Zager.
   03-13-02; Ltr. from Spinner to Nate Covington (again) requesting him to forward any info. that indicates the receivables to the Krupskes' is not Nate's personal obligation.
   03-22-02; TC from Paula. She should have her 98, 99, & 00 started after April 15, 2002.
   03-27-02; Mailed the Debtor's 2001 State of Idaho refund for $953 back to the Debtors along with a letter requesting their 1998, 1999 & 2000 returns no later than 04/20/02 or a complaint will be filed.
   04-12-02; Michael Krupske said he will talk with CPA to have CPA fax us a note stating he is working on their prior taxes AFTER 04/15/02. cc
   4-17-02; Requested Asset Notice.

33

7. Projected date of final report:

Trustee's Signature: _____

L.D. FITZGERALD
845 WEST CENTER, DOOR E
PO BOX 6199
POCATELLO, ID 83205-6199
Date: 04/17/02        (208) 233-0500