UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: )
KRUPSKE, MICHAEL GLENN &    dba )  Case No. 01-40488
MARUJI-KRUPSKE, PAULA KIYOKO )  Chapter 7
dba: C & K Construction, Inc. )
 )  NOTICE OF FINAL
 )  ACCOUNTING
                    DEBTOR(S) )

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**YOU ARE HEREBY NOTIFIED** that the Trustee has filed his final Accounting in the above-entitled case, which account is summarized as follows:

1. The Trustee shows total receipt of $ 9,042.00; total disbursement of $ 1,478.87; and a balance on hand of $ 7,563.13.

2. The following applications for administrative expenses have been filed:

| APPLICANTS | COMPENSATION REQUESTED | EXPENSES |
|---|---|---|
| SERVICE, SPINNER & GRAY | $ 1,489.39 | |
| SERVICE, SPINNER & GRAY | | $ 655.52 |
| L.D. FITZGERALD | | $ 101.24 |
| L.D. FITZGERALD | $ 1,535.42 | |
| PAID PRIOR: PRIME TIME AUCTION | $ 150.00 | $ 21.33 |

3. The total receipts are proposed to be disbursed as follows:

| | | |
|---|---|---|
| Priority Claims (including administrative expenses) | $ | 3,781.57 |
| Secured Claims | $ | 0.00 |
| Unsecured Claims | $ | 3,781.56 |

The dividend on allowed unsecured claims of $3,781.56 is proposed to be 13.82 cents on each dollar claimed.

4. All property of the estate which has not been administered and/or liquidated by the Trustee will be abandoned pursuant to 11 USC 554(c). YOU ARE FURTHER NOTIFIED THAT UNLESS AN OBJECTION AND A REQUEST FOR A HEARING IS FILED WITH THE COURT ON OR BEFORE TWENTY (20) DAYS FROM THE DATE OF THIS NOTICE, THE FINAL ACCOUNTING AND ADMINISTRATIVE EXPENSES MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING.

Dated:

**JUN 2 9 2004**

L.D. FITZGERALD, Trustee