# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

IN RE:

KRUPSKE, MICHAEL GLENN
KRUPSKE, PAULA K.

CASE NO. 01-40488-7

**TRUSTEE'S SUPPLEMENTAL FINAL ACCOUNTING**

_____**Debtor(s)**_____

    The undersigned, Trustee of the estate of the above named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been full administered. A Trustee's Final Accounting has been filed and proper disbursements completed. No funds or assets of the estate remain.

    Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Dated: June 7, 2005

/s/ LD Fitzgerald
**L.D. Fitzgerald, Trustee**